IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE BURRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-cv-0256-E |
| | § | |
| SECOND MAPLE AND MCKINNEY LP | § | |
| AND HERMITAGE INVESTMENTS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's unopposed motion to dismiss this case with prejudice (Doc. No. 12). Plaintiff informs the Court that the parties have settled their dispute. The Court GRANTS the motion and hereby ORDERS that this case is dismissed with prejudice to refiling. Each party shall pay its own costs.

**SO ORDERED.**

Signed May 21, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

1